# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,                      Criminal No. 18-291 (DWF)

        Plaintiff,

v.                                          **PRELIMINARY ORDER OF FORFEITURE**

Joe Morris,

        Defendant.

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Joe Morris; and on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the government has established the requisite nexus between such property and the offenses to which the defendant has plead guilty to,

      **IT IS HEREBY ORDERED** that:

      1.      The Motion of the United States for a Preliminary Order of Forfeiture (Doc. No. [8] is **GRANTED;**

      2.      The defendant's interest in the following property is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c):

            a.      .223 X 5.56 caliber AR-style platform rifle with no serial number;

            b.      .223 caliber AR-style platform rifle with a short-barrel and no serial number;

            c.      .223 X 5.56 caliber AR-style platform rifle with a mini-barrel and no serial number;

d. M16 AR-style platform rifle with no serial number;

e. Remington 11-87 Super Mag, camouflage, 12 Gauge Shotgun, serial number SM039535;

f. Ithaca Gun Company, Deerslayer 12-gauge shotgun, Model 37 Feather Lite, serial number 862123, and all the ammunition in that weapon;

g. Stoeger P3000 12-gauge shotgun, serial number 1640756, and all the ammunition in that weapon;

h. Mossberg 12-gauge shotgun, Model 88 Maverick, serial number MV73194X; and

i. all ammunition contained in, or seized together with, these weapons (together, "the Property");

3. The Attorney General or his authorized designee may seize the Property and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of his sentencing, and shall be made a part of their sentence and included in their judgment;

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time

period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

7. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: June 3, 2019          s/Donovan W. Frank
                      DONOVAN W. FRANK
                      United States District Judge